UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| JOSEPH R. REISINGER, | : |
| | : 3:20-CV-0126 |
| Plaintiff, | : |
| | : (JUDGE MARIANI) |
| v. | : (Magistrate Judge Carlson) |
| | : |
| JUDGE THOMAS G. SAYLOR, ET AL., | : |
| | : |
| Defendants. | : |

## ORDER

AND NOW, THIS 8th DAY OF JUNE 2020, upon consideration of Magistrate Judge Carlson's Report and Recommendation ("R&R") (Doc. 3), and all relevant documents, **IT IS HEREBY ORDERED THAT**:

1. Plaintiff's Objections (Doc. 7) are **OVERRULED**.

2. The R&R (Doc. 3) is **ADOPTED** for the reasons explained therein as well as in this Court's accompanying memorandum.

3. Plaintiff's Complaint Requesting the Reinstatement of the Plaintiff's Law License (Doc. 1) is **DISMISSED WITH PREJUDICE**.

4. The Clerk of Court is directed to **CLOSE** the case.

_____
Robert D. Mariani
United States District Judge